```
                           United States Bankruptcy Court
                             Northern District of Ohio
```

In re:                                                              Case No. 04-50106-mss
Kathie T. Knorr                                                     Chapter 13
        Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0647-5          User: kdege              Page 1 of 1              Date Rcvd: Oct 02, 2014
                              Form ID: 140             Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2014.
```
              +PNC BANK NA,    ATTN DAVID L ZIVE,    1600 MARKET ST 28TH FL,    PHILADELPHIA, PA 19103-7239
              +PNC BANK NA,    ATTN LAWRENCE REYNOLDS,    SENIOR VICE PRESIDENT,    1600 MARKET ST 28TH FL,
                PHILADELPHIA, PA 19103-7239
cr            +PNC Bank, National Association,    Attn: David L. Zive,    1600 Market Street, 28th Floor,
                Philadelphia, PA 19103-7239
              +THE PNC FINANCIAL SERVICES GROUP,    ATTN LAWRENCE E REYNOLDS,    SENIOR VICE PRESIDENT,
                101 S FIFTH ST,    LOUISVILLE, KY 40202-3157
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2014                         Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2014 at the address(es) listed below:
```
              Jerome L Holub    efilings@ch13akron.com
              Lindsey I. Hall    on behalf of Creditor    FORD MOTOR CREDIT ndohbky@jbandr.com
              Marc P Gertz    on behalf of Debtor Kathie T. Knorr mpgertz@goldman-rosen.com,
               debm@goldman-rosen.com
                                                                                             TOTAL: 3
```

# United States Bankruptcy Court
## Northern District Of Ohio
### Notice of Filing Deficiency

**To:** PNC Bank and David L Zive      **Case Number:** 04–50106–mss

**Debtor(s):** Kathie T. Knorr     **Judge:** MARILYN SHEA–STONUM

**The items marked below are deficient and must be corrected by *PAST DUE*, or this matter may be referred to the Judge for further consideration.**

- ☐ Adversary filing incomplete. Need ☐ Cover Page/Worksheet ☐ Request for Summons ☐ See Comments.

- ☐ Affidavit needs: ☐ notary seal/stamp/commission expiration ☐ signature ☐ county/state

- ☐ Attachments/Exhibits: ☐ not filed ☐ incorrect or not relevant to filing

- ☐ Attorney name block is missing, or does not include attorney's full name, firm, address, telephone number, and attorney registration number.

- ☐ Case: ☐ closed ☐ dismissed ☐ transferred

- ☐ Certificate of Service indicating name, address of parties served, and the date of service was not filed.

- ☐ Document: ☐ case# incorrect ☐ caption incorrect ☐ Judge incorrect

- ☐ ECF event used is incorrect. ☐ Resubmit the document using the correct code. See the ECF Search Menu.

- ☐ Employee income records and/or proof of no income received 60 days preceding case filing were not filed.

- ☐ Fee due in the amount of $ ☐ Fee deleted by the filer. Resubmit the pleading and pay the fee.

- ☐ Form 21 required.

- ☐ Hearing: ☐ notice not filed ☐ time, date, and/or location are incorrect

- ☐ Installment Application: ☐ dates incorrect ☐ fee incorrect ☐ exceeds 120 day limit

- ☐ Official Form 23 must be filed, or the case may be closed without the discharge order.

- ☐ Order Regarding:

- ☐ Petition: ☐ incorrect Official Form ☐ missing document(s):

- ☐ Petition for Unclaimed Funds does not comply with LBR 3011–1. Please reference the LBR for guidelines.

    - ☐ Proof of deposit is not attached to the petition (e.g., copy of receipt and attached list of parties entitled to funds; unclaimed funds search web page; or other supporting documents).

    - ☐ Exhibit A is not attached ☐ Full Tax ID/Social Security Number is not attached to Exhibit A

    - ☐ incorrect identification

- ☐ Signature Declaration missing.

☐ Signature must be: ☐ original ☐ /S/ signature for ☐ attorney ☐ debtor ☐ creditor

☑ Other Deficient Matter(s): Please see Comments.

**Comments/Instructions**

Second Deficiency Notice: **(1) INCORRECT NAME OF JUDGE IN BOTH CAPTIONS [our Bankruptcy Judge is now Alan M. Koschik]; (2) AMOUNT OF UNCLAIMED FUNDS INDICATED IN PARAGRAPH NUMBERED 2 OF THE PETITION DOES NOT MATCH THE AMOUNT OF AVAILABLE UNCLAIMED FUNDS ON THE ATTACHED UNCLAIMED FUNDS SEARCH WEB PAGE. CORRECTIONS PAST DUE** (RE: related document(s)44 Release of Unclaimed Funds, 45 Release of Unclaimed Funds Ex. A. (Private Document), 46 Notice of Filing Deficiency)

**Deputy Clerk:** /s/ K Deger    **Date:** October 2, 2014

**Form:** ohnb140